No. 75–869. Roberts *v.* Civil Aeronautics Board. C. A. D. C. Cir. Certiorari denied.

No. 75–901. Esber *v.* United States. C. A. 5th Cir. Certiorari denied.

No. 75–910. Ramirez *v.* United States. C. A. 5th Cir. Certiorari denied.

No. 75–911. Ward *v.* United States; and
No. 75–912. Slingerland *v.* United States. C. A. 8th Cir. Certiorari denied.

No. 75–913. Henritze *v.* United States. C. A. 5th Cir. Certiorari denied.

No. 75–922. Bankers Trust Co. et al. *v.* United States. Ct. Cl. Certiorari denied.

No. 75–925. Wood et al. *v.* Equitable Life Assurance Society of the United States. C. A. 6th Cir. Certiorari denied.

No. 75–940. Consumer Federation of America et al. *v.* Butz, Secretary of Agriculture, et al.;
No. 75–995. Independent Meat Packers Assn. *v.* Butz, Secretary of Agriculture, et al.; and
No. 75–996. National Association of Meat Purveyors et al. *v.* Butz, Secretary of Agriculture, et al. C. A. 8th Cir. Certiorari denied. Reported below: 526 F. 2d 228.

No. 75–942. Tucker *v.* United States. C. A. 5th Cir. Certiorari denied.